# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00378-CV

**Zenaw Batihun Mersha, Appellant**

**v.**

**Genet G. Mersha, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. FM202911, HONORABLE CHARLES F. CAMPBELL JR., JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On December 9, 2004, we abated this appeal because the district court's divorce decree did not address the division of property and, therefore, appellant's notice of appeal was prematurely filed. Appellant filed a supplemental clerk's record containing an amended final decree of divorce on September 30, 2005. Appellant has not filed a brief. On January 26, 2006, this Court requested that appellant submit a status report in writing no later that February 10. Our request notified appellant that, the "failure to comply will result in dismissal for want of prosecution."

Appellant has not replied to our request.  Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   February 17, 2006

2